UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| INDIANA STATE COUNCIL OF ROOFERS HEALTH AND WELFARE FUND and GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL NO. 1165 | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | NO. 3:06 CV 434 |
| IKI ARCHITECTURAL GLAZING SYSTEMS CO., | ) ) ) ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT and ORDER

Presently before the court is plaintiffs' motion for Default Judgment against defendant IKI Architectural Glazing Systems Co. Defendant was served with process "via United States mail, certified, on 7/17/06" (docket #5), and failed to appear in this action. On August 29, 2006 the Clerk entered defendant's default pursuant to FED. R. CIV. P. 55(a). (Clerk's Entry of Default, docket #7). Since all preconditions have been satisfied, default judgment is appropriate.

Plaintiffs have filed the affidavit of Ellen Densborn establishing that: (1) defendant owes plaintiff Indiana State Council of Roofers Health and Welfare Fund interest on contributions not timely paid pursuant to the terms of the parties' Collective Bargaining Agreement for the months of April and May 2006, in the amount of $477.16; (2) plaintiffs have incurred the cost of the court filing fee in the total amount of $350.00;

and (3) plaintiffs Fund have incurred attorneys' fees in prosecuting this claim in the total amount of $352.00. (Pl.'s Mot. Def. J. Ex. A)

Plaintiffs' Motion for Default Judgment (docket #8) is hereby **GRANTED**. The Clerk is directed to **ENTER FINAL JUDGMENT** by default in favor of plaintiffs and against defendant as follows: "Defendant IKI Architectural Glazing Systems Co. shall pay $828.16 to plaintiff Indiana State Council of Roofers Health and Welfare Fund and $351.00 to plaintiff Glaziers, Architectural Metal and Glass Workers Local No. 1165." The clerk shall thereafter treat this action as **TERMINATED**.

**SO ORDERED.**

**Enter**: December 28, 2006

s/James T. Moody  
JUDGE JAMES T. MOODY  
UNITED STATES DISTRICT COURT